# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KEITH IRWIN and PATRICIA BADISH Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>RBS WORLDPAY, INC.,<br><br>        Defendant. | Civ. Action No: 1:09-CV-0033 |

## STIPULATION OF DISMISSAL

Plaintiff KEITH IRWIN ("Plaintiff"), through his counsel of record, and Defendant RBS WORLDPAY, INC. ("Defendant"), through its counsel of record, hereby stipulate to the dismissal with prejudice of his individual claims and the entire action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal is without prejudice to any unnamed putative class members and is not to be construed as an admission of any fact, claim, defense, liability or wrongdoing by either party. Each party shall bear its own costs and attorneys' fees.

This 22nd day of June, 2010.

s/*Martha J. Fessenden*
Martha J. Fessenden
Georgia Bar No. 259270
mfessenden@dsckd.com
Ralph Irving Knowles, Jr.
Georgia Bar No. 426721
rknowles@dsckd.com

s/*Lawrence J. Bracken, II*
Lawrence J. Bracken II
Georgia Bar No. 073750
lbracken@hunton.com
Ashley Cummings 186005
acummings@hunton.com
Jason M. Beach

Everette L. Doffermyre, Jr.
Georgia Bar No. 224750
edoffermyre@dsckd.com
DOFFERMYRE SHIELDS
CANFIELD & KNOWLES, LLC
1355 Peachtree Street, Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 881-8900
Facsimile: (404) 881-3007

Jamie L. Sheller
Pennsylvania Bar No. 55722
SHELLER, P.C.
1528 Walnut Street, 3rd Floor
Philadelphia, PA 19102
Telephone: (215) 790-7300
Facsimile: (215) 546-0942

Mila F. Bartos
Tracy D. Rezvani
Karen J. Marcus
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Counsel for Plaintiff Keith Irwin*

Georgia Bar No. 043606
HUNTON & WILLIAMS LLP
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216
Telephone: (404) 888-4000
Facsimile: (404) 888-4190

Neil K. Gilman
DC Bar No. 449226
ngilman@hunton.com
John W. Woods, Jr.
Virginia Bar No. 39885
jwoods@hunton.com
Michael A. Oakes
Virginia Bar No. 47245
HUNTON & WILLIAMS LLP
1900 K. Street, N.W.
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Counsel for Defendant RBS WorldPay, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| KEITH IRWIN and PATRICIA BADISH Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>RBS WORLDPAY, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>) Civ. Action No: 1:09-CV-0033<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2010, I electronically filed the foregoing Plaintiffs' Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lawrence J. Bracken, II, Esquire       Neil K. Gilman
Hunton & Williams, LLP                  Hunton & Williams, LLP
lbracken@hunton.com                     ngilman@hunton.com

Plaintiffs' Counsel additionally served copies by electronic transmission to counsel.

This 22nd day of June, 2010.

/s/ Martha J. Fessenden
Martha J. Fessenden
*Attorney for Plaintiff*